■  (A) In the Matter of the Claim of MICHAEL DOHERTY, Respondent, v. UNDERPINNING & FOUNDATION COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of PAUL MARING, Respondent, v. AUTOMATIC TELEPHONE SERVICE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (C) SUE LICHTER, Respondent, v. GENE KRELL et al., Defendants, and JULES LINZER et al., Appellants. (D) FRANCES MAINE, Plaintiff, v. PAUL PELLETIER et al., Defendants. (E) HOWARD MAINE, Plaintiff, v. PAUL PELLETIER et al., Defendants. (F) GENEVIEVE BAGGERLY, Respondent, v. JOHN F. LUCEY et al., Appellants. (G) EDWARD SZNUKOWSKI, Respondent, v. B. F. GOODRICH COMPANY et al., Appellants.— [In each action] Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue for the November 1962 Term on or before October 11, 1962, in which event motion denied.

■  In the Matter of STANLEY SIMMONS, Appellant, v. RUSSELL G. OSWALD, as Chairman of the Board of Parole, Respondent.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.